

APPROVED
Judge Beth Labson Freeman

Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN BUSHANSKY,<br><br>Plaintiff,<br><br>vs.<br><br>FORESCOUT TECHNOLOGIES, INC., MARK JENSEN, YEHEZKEL YESHURUN, ENRIQUE SALEM, THERESIA GOUW, JAMES BEER, MICHAEL DECESARE, DAVID G. DEWALT, ELIZABETH HACKENSON and KATHY MCELLIGOTT,<br><br>Defendants. | Case No.  20-cv-01867-BLF<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

| | | |
|---|---|---|
| 1 | Dated: June 1, 2020 | **WEISSLAW LLP**<br>Joel E. Elkins |
| 2 | | |
| 3 | | By: */s/ Joel E. Elkins* |
| 4 | | Joel E. Elkins<br>9107 Wilshire Blvd., Suite 450 |
| 5 | | Beverly Hills, CA 90210<br>Telephone:  310/208-2800 |
| 6 | | Facsimile:   310/209-2348<br>         -and- |
| 7 | | Richard A. Acocelli<br>1500 Broadway, 16th Floor |
| 8 | | New York, NY  10036<br>Telephone: 212/682-3025 |
| 9 | | Facsimile:  212/682-3010 |
| 10 | | |
| 11 | | *Attorneys for Plaintiff* |

- 2 -
NOTICE OF VOLUNTARY DISMISSAL